MARCEL SUTTON v. JOHN W. MOORE.

187 N. W. (2d) 770.

June 11, 1971—No. 42794.

*Hagglund & Johnson,* for appellant.
*Jerry Rosenzweig,* for respondent.

Heard before Knutson, C. J., and Rogosheske, Peterson, Kelly, and Rolloff, JJ.

PER CURIAM.
· The judgment for plaintiff in the sum of $150 for property damage arising out of an intersectional automobile collision, from which defendant has appealed, is affirmed.